IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALEXSAM, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTHEQUITY, INC.,<br><br>    Defendant. | **ORDER GRANTING [76] JOINT MOTION TO STAY**<br><br>Case No. 2:19-00445-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

Having considered Plaintiff AlexSam, Inc. (Plaintiff or AlexSam) and Defendants HealthEquity, Inc. and WageWorks, Inc.'s (Defendants) (collectively, the Parties) Joint Motion to Stay (Motion) (ECF 76),[1] and for good cause appearing, the court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that this action is STAYED pending disposition of the Federal Circuit appeal entitled *AlexSam, Inc. v. Cigna Corporation, et al.*, No. 22-1599 (consolidated with No. 22-1598) (the Appeal). The Parties shall jointly inform the court within seven (7) days of the disposition of the Appeal and submit their proposal(s) for further proceedings in this case.

IT IS FURTHER ORDERED that the Parties are permitted to conduct third-party discovery by any means permitted under the Federal Rules, including enforcement proceedings related thereto.

DATED this 14 June 2022.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah

---

[1] Though the Motion is styled as a "Joint Motion for Amended Scheduling Order," the court will construe the Motion as a Joint Motion to Stay in light of the relief requested.